ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
IVY A. WANG
Assistant United States Attorney
Cal. State Bar No. 224899
    Ronald Reagan Federal Bldg. & U.S. Dist. Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3549
    Facsimile: (714) 338-3561
    Email: ivy.wang@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-94(A)-MMM |
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| ERIC MA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.

DATED: Nov 1, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

OR IN CASE OF DENIAL:

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document shall be returned to the government, without filing of the document or reflection of the name or nature of the document on the clerk's public docket.

DATED: _____

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE